1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11

| ANTHONY W. RECTOR, | Case No.: 2:14-cv-09446 |
|---|---|

12    Plaintiff,          **ORDER OF DISMISSAL**

13    v.

14  AD ASTRA RECOVERY
    SERVICES, INC.; MIDLAND
15  FUNDING LLC; DESIGNED
    RECEIVABLES SOLUTIONS,
16  INC.; and DOES 1 through 10
    inclusive,
17
                Defendants.
18

19

20       Based on the Stipulation of Dismissal agreed to and executed by the plaintiff

21  and Ad Astra Recovery Services, Inc. ("Ad Astra"), a defendant in this action, and

22  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Ad Astra is dismissed from this action

23  with prejudice. Each party shall bear his or its own fees and costs.

24       **IT IS SO ORDERED.**

25

26  Dated:  January 12, 2015    _____

27                              HONORABLE BEVERLY REID O'CONNELL
                                UNITED STATES DISTRICT COURT JUDGE
28

- 1 -