# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. RECTOR,<br><br>    Plaintiff,<br><br>vs.<br><br>AD ASTRA RECOVERY SERVICES, INC.; MIDLAND FUNDING LLC; DESIGNED RECEIVABLES SOLUTIONS, INC. and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 14-9446-BRO (PLAx)<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Hon. Beverly Reid O'Connell |

Based on the Stipulation of Dismissal agreed to and executed by the Plaintiff and Defendant, DESIGNED RECEIVABLES SOLUTIONS, INC. ("Defendant"), and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Defendant is dismissed from this action with prejudice. Each party shall bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated:  March 17, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge

{00029592 doc Proposed Order Rec;1}